IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 10-CR-30004-WDS |
| JOHN A. BARNES, | ) | |
| Defendant. | ) | |

## ORDER

**STIEHL, District Judge:**

Defendant, John A. Barnes, has filed a pro se motion for leave to file late notice of appeal (Doc. 53) to which the government has filed a response (Doc. 54). The defendant's motion, although it claims not to be a petition for habeas review, is in effect one which seeks habeas relief. The Court notes that the defendant has sought, in a separate civil action, habeas review (*See, Barnes v. United States,* 11-CV-1082). Accordingly, the Court **DENIES** the motion for leave to file late notice of appeal.[1]

**IT IS SO ORDERED.**

**DATE: 10 September, 2012**

                                              **/s/ WILLIAM D. STIEHL**
                                                  **DISTRICT JUDGE**

---

[1]The Court also notes that the defendant, at the time of his plea, waived his right to file an appeal.